■ ROBERT R. LEWISTON et al., Respondents, v. STATE OF NEW YORK, Appellant.— Same decision as in companion case of *Lewiston* v. *State of New York* (17 A D 2d 912). (Appeal from order of Court of Claims denying defendant's motion to vacate the judgment entered June 30, 1961.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.